# Exhibit A

| Name of Plaintiff | STR address |
|---|---|
| Jeremy M. Allen and Rachael C. Allen | 663 Bosma Ave, Holland, MI 49424 |
| Claire Alsup and Luke Burgis, as Trustees of The Abbey Theatre Trust | 764 Jenison Ave, Holland, MI 49423 |
| Marc Baer | 161 Lakeview Ave, Holland, MI 49424 |
| Judith Johnson Brown and Jennifer Johnson Barth and Christopher Johnson | 2444 Dune Ct, Macatawa, MI 49434 |
| Jacqueline L. Beck, as Trustee of The Jacqueline L. Beck Trust | 176 Wood Ave, Holland, MI 49424 |
| Judith Bergsma, as Trustee of The Judith K. Bergsma Trust | 624 Bay Rd, Holland, MI 49423 |
| Robert C. Bouman | 481 S 168th Ave, Holland, MI 49424 |
| Lakefront Drive LLC | 2517 Lakefront Drive, Holland, MI 49424 |
| Richard C. Burkholder, as Trustee of The Richard C. Burkholder Trust | 1009 Sycamore Dr, Holland, MI 49424 |
| Richard C. Burkholder and Marie Burkholder | 3229 Elderwood Ave, Holland, MI 49424 |
| Richard C. Burkholder and Marie Burkholder | 3342 N. Lakeshore Drive, Holland, MI 49424 |
| Richard C. Burkholder and Marie Burkholder | 133 159th Ave, Holland, MI 49424 |
| Kristen F. Burns and Kenneth A. Burns | 334 Home Ave, Holland, MI 49424 |
| Kirk Bush | 1913 Ottawa Beach Road, Holland, MI 49424 |
| Ethan Corn and Kayla Goddard | 17143 Lakeview Rd, Holland, MI 49424 |
| Gerald E. Cox, as Trustee of The Gerald E. Cox Trust | 192 N Lakeshore Dr, Holland, MI 49424 |
| Thomas Crawford and Chris Crawford, as Trustees of The Crawford Trust | 1717 Waukazoo Dr, Holland, MI 49424 |
| David Denhof and Laura Denhof | 2245 First Ave, Holland, MI 49424 |
| David Denhof and Laura Denhof, as Trustees of The Denhof Cottage Trust. | 2299 Auburn Ave, Holland, MI 49424 |
| Marylyn H. Doyle | 669 Lakeside Rd, Macatawa, MI 49434 |
| Dan Dobroslaw and Linda Dykert, as Trustees of The Dobroslaw and Linda Dykert Joint Trust | 434 S Lakeshore Dr, Holland, MI 49424 |
| Mark Eriks, as Trustee of The Leigh Ann D. Eriks Trust | 4073 N Lakeshore Dr, Holland, MI 49424 |
| Robert D. Fewless and Carol J. Fewless, as Trustees of The Fewless Family Trust | 2247 Second Ave, Holland, MI 49424 |
| Milan Filcik and Heather Filcik | 115 Iroquois Ave, Holland, MI 49424 |
| Andrea Stevens and Michael Galer | 377 S Lakeshore Dr, Holland, MI 49424 |
| James R. Hawkins and Kristine M. Hawkins | 465 S Lakeshore Dr, Holland, MI 49424 |
| Victor L. Helder and Dori R. Helder | 2241 First Ave, Holland, MI 49424 |
| Craig H. Hill and Sandra K. Hill | 2250 Second Ave, Holland, MI 49424 |
| Craig H. Hill and Sandra K. Hill | 2270 Second Ave, Holland, MI 49424 |
| Jace Properties LLC | 1983 S Shore Dr, Holland, MI 49423 |
| 2188 Arapahoe LLC | 2188 Arapahoe Rd, Holland, MI 49424 |
| Eric Kella and Danielle Kella | 1760 Columbus St, Holland, MI 49424 |
| Knalters LLC | 17264 Riley St, Holland, MI 49424 |
| Susan Stap Kust and Robert N. Kust | 2219 Perry St, Holland, MI 49424 |
| David La Grand and Melissa La Grand | 3421 N Lakeshore Dr, Holland, MI 49424 |
| James Lehman and Brenda Capobianco | 2174 Arapahoe Rd, Holland, MI 49424 |
| Overlord Enterprises LLC | 781 Pine Bay Ave, Holland, MI 49424 |
| Christine A. Linabury | 2302 W Lakewood Blvd, Holland, MI 49424 |
| Leeward LLC-Series X | 2421 Interlake Walk, Macatawa, MI 49434 |
| James Luebbe and Melissa Luebbe, as Trustees of The James and Melissa Luebbe Trust | 2305 Warner Dr, Holland, MI 49424 |
| Haven Sands LLC | 2445 Lake Michigan Ave, Holland, MI 49424 |
| Thomas McGough and Beth McGough | 3538 N Lakeshore Dr, Holland, MI 49424 |
| Haven Woods LLC | 1428 Apache St, Holland, MI 49424 |
| Myrna Mc Nitt | 2323 Auburn Ave, Holland, MI 49424 |
| Kelly Patrick O'Brien | 429 S Lakeshore Dr, Holland, MI 49424 |
| Claire Osborn and Gregory Osborn, as Trustees of The Osborn 2018 Claire-Gregory T. Trust | 3892 Lakeridge Dr, Holland, MI 49424 |
| Christopher L. Ouwinga | 147 S 160th Ave, Holland, MI 49424 |
| Justin Palmer and Kelly Palmer | 673 Lakeside Rd, Macatawa, MI 49434 |
| Michael S. Pendergrass and Sara E. Pendergrass and Therese M. Hawkins | 742 Park Ave Holland, MI 49423 |

| Name | Address | | |
|---|---|---|---|
| Jason Reierson and Milissa Reierson | 107 Algonquin Ave, Holland, MI 49424 | | |
| Alexander K. Roberts and Margo R. Roberts | 467 N Lakeshore Dr, Holland, MI 49424 | | |
| Brad Ruggles and Lisa Ruggles | 138 S 160th Ave, Holland, MI 49424 | | |
| Adventureland Properties LLC | 681 Lakeside Rd, Macatawa, MI 49434 | | |
| Ventura Pines Cabin LLC | 4274 N Lakeshore Dr, Holland, MI 49424 | | |
| Forest Drive Holland LLC | 1950 Forest Dr, Holland, MI 49424 | | |
| Sunnyside Ventures LLC | 2244 Second Ave, Holland, MI 49424 | | |
| Shawn Grasman and Stacy Grasman, as trustees of the Shawn Grasman Trust and Stacy Grasman Trust | 396 N Lakeshore Dr, Holland, MI 49424 | | |
| James R. Stegner and Pamela K. Stegner | 147 Lake Forest Dr, Holland, MI 49424 | | |
| 334 Central Ave LLC | 17269 James St, Holland, MI 49424 | | |
| Nicholas H. Bailey and Lauren E. Swihart | 2541 Lakefront Dr, Holland, MI 49424 | | |
| Ted VanAcker, as Trustee of The VanAcker 2015 Irrevocable Trust | 677 Lakeside Rd, Macatawa, MI 49434 | | |
| Victor Van't Hof, as Trustee of The Victor A. Van't Hof Trust | 337 S 168th Ave, Holland, MI 49424 | | |
| Maplewood Holdings III LLC | 1920 Birch St, Holland, MI 49424 | | |
| Scott T. Vanden Berg and Elizabeth V. Vanden Berg | 1919 Poplar St, Holland, MI 49424 | | |
| Todd VanHeest and Harriet VanHeest | 1487 Ottawa Beach Rd, Holland, MI 49424 | | |
| Canus One LLC and Canus Two LLC | 2335 Pavillion St, Holland, MI 49424 | | |
| Jared VanHeest | 69 Forest Hills Dr, Holland, MI 49424 | | |
| Jerome A. Vite and Julie Vite | 1925 Maple St, Holland, MI 49424 | | |
| Stefan Walter and Crystal Walter | 92 S Hampton St, Holland, MI 49424 | | |
| Kathy Weller and Christopher Weller, as Trustees of The Kathy Weller Trust | 2467 Lake Michigan Ave is their STR but it doesn't get mail and isn't listed in property records.<br>2256 Lake Michigan Ave, Holland, MI 49424 is the mailing address (this was listed on ZBA appeal) | | |
| Xiao Baitao | 3345 Elderwood Ave, Holland, MI 49424 | | |
| Yu Wenbo and Xiao Baitao | 44 Algonquin Ave, Holland, MI 49424 | | |