UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEREMY M. ALLEN; RACHAEL C.
ALLEN; CLAIRE ALSUP AND LUKE
BURGIS, AS TRUSTEES OF THE ABBEY
THEATRE TRUST; MARC BAER; JUDITH
JOHNSON BROWN; JENNIFER JOHNSON
BARTH; CHRISTOPHER JOHNSON;
JACQUELINE L. BECK, AS TRUSTEE OF
THE JACQUELINE L. BECK TRUST;
JUDITH BERGSMA, AS TRUSTEE OF
THE JUDITH K. BERGSMA TRUST;
ROBERT C. BOUMAN; LAKEFRONT
DRIVE LLC; RICHARD C.
BURKHOLDER, AS TRUSTEE OF THE
RICHARD C. BURKHOLDER TRUST;
RICHARD C. BURKHOLDER; MARIE
BURKHOLDER; KRISTEN F. BURNS;
KENNETH A. BURNS; KIRK BUSH;
ETHAN CORN; KAYLA GODDARD;
GERALD E. COX, AS TRUSTEE OF THE
GERALD E. COX TRUST; THOMAS
CRAWFORD AND CHRIS CRAWFORD,
AS TRUSTEES OF THE CRAWFORD
TRUST; DAVID DENHOF; LAURA
DENHOF; DAVID DENHOF AND LAURA
DENHOF, AS TRUSTEES OF THE
DENHOF COTTAGE TRUST; MARYLYN
H. DOYLE; DAN DOBROSLAW AND
LINDA DYKERT, AS TRUSTEES OF THE
DOBROSLAW AND LINDA DYKERT
JOINT TRUST; MARK ERIKS, AS
TRUSTEE OF THE LEIGH ANN D. ERIKS
TRUST; ROBERT D. FEWLESS AND
CAROL J. FEWLESS, AS TRUSTEES OF
THE FEWLESS FAMILY TRUST; MILAN
FILCIK; HEATHER FILCIK; ANDREA
STEVENS; MICHAEL GALER; JAMES R.
HAWKINS; KRISTINE M. HAWKINS;
VICTOR L. HELDER; DORI R. HELDER;
CRAIG H. HILL; SANDRA K. HILL; JACE

Case No. 1:26-cv-00127-PLM-MV

Hon. Paul L. Maloney

**ORDER FOR EXTENSION OF
DEADLINE FOR PLAINTIFFS TO
AMEND COMPLAINT OR FILE
RESPONSE TO DEFENDANT'S
MOTION TO DISMISS**

PROPERTIES LLC; 2188 ARAPAHOE
LLC; ERIC KELLA; DANIELLE KELLA;
KNALTERS LLC; SUSAN STAP KUST;
ROBERT N. KUST; DAVID LA GRAND;
MELISSA LA GRAND; JAMES LEHMAN;
BRENDA CAPOBIANCO; OVERLORD
ENTERPRISES LLC; CHRISTINE A.
LINABURY; LEEWARD LLC-SERIES X;
JAMES LUEBBE AND MELISSA
LUEBBE, AS TRUSTEES OF THE JAMES
AND MELISSA LUEBBE TRUST; HAVEN
SANDS LLC; THOMAS McGOUGH; BETH
McGOUGH; HAVEN WOODS LLC;
MYRNA MC NITT; KELLY PATRICK
O'BRIEN; CLAIRE OSBORN AND
GREGORY OSBORN, AS TRUSTEES OF
THE OSBORN 2018 CLAIRE-GREGORY
T. TRUST; CHRISTOPHER L. OUWINGA;
JUSTIN PALMER; KELLY PALMER;
MICHAEL S. PENDERGRASS; SARA E.
PENDERGRASS; THERESE M.
HAWKINS; JASON REIERSON; MILISSA
REIERSON; ALEXANDER K. ROBERTS;
MARGO R. ROBERTS; BRAD RUGGLES;
LISA RUGGLES; ADVENTURELAND
PROPERTIES LLC; VENTURA PINES
CABIN LLC; FOREST DRIVE HOLLAND
LLC; SUNNYSIDE VENTURES LLC;
SHAWN GRASMAN AND STACY
GRASMAN, AS TRUSTEES OF THE
SHAWN GRASMAN TRUST AND STACY
GRASMAN TRUST; JAMES R. STEGNER;
PAMELA K. STEGNER; 334 CENTRAL
AVE LLC; NICHOLAS H. BAILEY;
LAUREN E. SWIHART; TED VANACKER,
AS TRUSTEE OF THE VANACKER 2015
IRREVOCABLE TRUST; VICTOR VAN'T
HOF, AS TRUSTEE OF THE VICTOR A.
VAN'T HOF TRUST; MAPLEWOOD
HOLDINGS III LLC; SCOTT T. VANDEN
BERG; ELIZABETH V. VANDEN BERG;
TODD VANHEEST; HARRIET
VANHEEST; CANUS ONE LLC; CANUS

2

TWO LLC; JARED VANHEEST; JEROME
A. VITE; JULIE VITE; STEFAN WALTER;
CRYSTAL WALTER; KATHY WELLER
AND CHRISTOPHER WELLER, AS
TRUSTEES OF THE KATHY WELLER
TRUST; XIAO BAITAO; YU WENBO,

     Plaintiffs,

v.

PARK TOWNSHIP, MICHIGAN,

     Defendant.

---

### ORDER FOR EXTENSION OF DEADLINE FOR PLAINTIFFS TO AMEND COMPLAINT OR FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS

Pursuant to the parties' stipulation above,

IT IS HEREBY ORDERED that the deadline for Plaintiffs to amend the Complaint as of right is extended to April 20, 2026, and the deadline for Plaintiffs to, alternatively, file a response to the Defendant's Motion to Dismiss in Lieu of Filing Answer to Plaintiffs' Complaint (ECF No. 5) is extended to April 27, 2026.

**IT IS SO ORDERED.**

This is not a final order and does not close this case.

Dated: March 31, 2026         /s/ Paul L. Maloney
                        Paul L. Maloney
                        United States District Judge

28897004.1

3