UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEREMY M. ALLEN, et al.,

     Plaintiffs,

                                 Case No. 1:26-cv-127

v.

                                 HONORABLE PAUL L. MALONEY

PARK TOWNSHIP,

     Defendant.

_____/

## <u>ORDER DISMISSING MOTION TO DISMISS AS MOOT</u>

On March 16, 2026, Defendant filed a motion to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 5). On April 20, 2026, Plaintiff filed an amended complaint as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1) (ECF No. 10)  When filed, an amended complaint supersedes the original complaint, which becomes a nullity.  *See Drake v. City of Detroit*, 266 F.App'x 444, 448 (6th Cir. 2008); *Klyce v. Ramirez*, 852 F.2d 568, 1988 WL 74155, at * 3 (6th Cir. July 19, 1998) (per curiam) (unpublished table opinion) (collecting cases from other circuits).  An amended complaint filed after a motion to dismiss has been filed renders the motion to dismiss moot.  *See Bancoult v. McNamara*, 214 F.R.D. 5, 13 (D.D.C. 2003) ("Because the original complaint now is superseded by the amended complaint, the court denies without prejudice all pending motions pertaining to the original complaint."). Accordingly, the motion to dismiss the complaint (ECF No. 5) is DISMISSED AS MOOT.

       **IT IS SO ORDERED**.

Date:  April 22, 2026                             /s/  Paul L. Maloney
                                            Paul L. Maloney
                                            United States District Judge