UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEREMY M. ALLEN; et al.,

      Plaintiffs,

v.

PARK TOWNSHIP, MICHIGAN,

      Defendant.

Case No. 1:26-cv-00127-PLM-MV

Hon. Paul L. Maloney

---

**STIPULATION AND ORDER FOR EXTENSION OF DEADLINE FOR PLAINTIFFS
TO FILE RESPONSE TO MOTION TO DISMISS**

NOW COME Plaintiffs and Defendant, by and through their respective attorneys, and hereby stipulate and agree as follows:

1.      Defendant filed a Motion to Dismiss in Lieu of Filing Answer to Plaintiffs' Amended Complaint on May 4, 2026 .  (ECF No. 12.)

2.      Plaintiffs' deadline to file a response to Defendant's Motion to Dismiss is June 1, 2026.

4.      The deadline set forth above should be extended by 7 days, such that the deadline for Plaintiffs to file a response to the Defendant's Motion to Dismiss should be extended to June 8, 2026.

Dated: May 21, 2026

By:   */s/ Neil E. Youngdahl*
          VARNUM LLP
          Kyle P. Konwinski (P76257)
          Neil E. Youngdahl (P82452)
          *Attorneys for Plaintiffs*
          P.O. Box 352
          Grand Rapids, MI  49501-0352
          (616) 336-6000

kpkonwinski@varnumlaw.com
neyoungdahl@varnumlaw.com

Dated: May 21, 2026                    By:    /s/ Charles L. Bogren (with permission)
                                              PLUNKETT COONEY
                                              Charles L. Bogren (P82824)
                                              Michael S. Bogren (P34835)
                                              Evan P. Irvine (P88872)
                                              *Attorneys for Defendant*
                                              333 Bridge St. NW, Suite 530
                                              Grand Rapids, MI  49503
                                              (616) 752-4600
                                              cbogren@plunkettcooney.com
                                              mbogren@plunkettcooney.com
                                              eirvine@plunkettcooney.com

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEREMY M. ALLEN; et al.,

    Plaintiffs,

v.

PARK TOWNSHIP, MICHIGAN,

    Defendant.

Case No. 1:26-cv-00127-PLM-MV

Hon. Paul L. Maloney

**ORDER FOR EXTENSION OF
DEADLINE FOR PLAINTIFFS TO
FILE RESPONSE TO DEFENDANT'S
MOTION TO DISMISS**

Pursuant to the parties' stipulation above,

IT IS HEREBY ORDERED that the deadline for Plaintiffs to file a response to the Defendant's Motion to Dismiss in Lieu of Filing Answer to Plaintiffs' Amended Complaint (ECF No. 13) is extended from June 1, 2026, to June 8, 2026.

**IT IS SO ORDERED.**

This is not a final order and does not close this case.

Dated:    May 21, 2026                 /s/ Paul L. Maloney
                                              Paul L. Maloney
                                              United States District Judge

29153906

3