UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEREMY M. ALLEN, *et al.*,

Plaintiffs,

v.

PARK TOWNSHIP, MICHIGAN,

Defendant.

Case No. 1:26-cv-00127

Hon. Paul L. Maloney

**STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFFS JAMES LUEBBE AND MELISSA LUEBBE ONLY**

NOW COME Plaintiffs and Defendant, by and through their respective attorneys, and hereby stipulate and agree that Plaintiffs James Luebbe and Melissa Luebbe only should be dismissed from this case, with prejudice and without costs to any party.

Dated: July 30, 2026

By: *Kyle P. Konwinski*
VARNUM LLP
Kyle P. Konwinski (P76257)
Neil E. Youngdahl (P82452)
*Attorneys for Plaintiffs*
P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6000
kpkonwinski@varnumlaw.com
neyoungdahl@varnumlaw.com

Dated: July 30, 2026

By: *<u>/s/ Charles L. Bogren (with permission)</u>*

PLUNKETT COONEY
Charles L. Bogren (P82824)
Michael S. Bogren (P34835)
Evan P. Irvine (P88872)
*Attorneys for Defendant*
333 Bridge St. NW, Suite 530
Grand Rapids, MI 49503
(616) 752-4600
cbogren@plunkettcooney.com
mbogren@plunkettcooney.com
eirvine@plunkettcooney.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEREMY M. ALLEN; et al.,

Plaintiffs,

v.

PARK TOWNSHIP, MICHIGAN,

Defendant.

Case No. 1:26-cv-00127-PLM-MV

Hon. Paul L. Maloney

**ORDER OF DISMISSAL OF PLAINTIFFS JAMES LUEBBE AND MELISSA LUEBBE ONLY**

Pursuant to the parties' stipulation above,

IT IS HEREBY ORDERED that that Plaintiffs James Luebbe and Melissa Luebbe only are dismissed from this case, with prejudice and without costs to any party.

**IT IS SO ORDERED.**

This is not a final order and does not close this case.

Dated: ______________________

________________________________
Hon. Paul L. Maloney

29153906.1