UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEREMY M. ALLEN; et al.,

Plaintiffs,

v.

PARK TOWNSHIP, MICHIGAN,

Defendant.

Case No. 1:26-cv-00127-PLM-MV

Hon. Paul L. Maloney

**ORDER OF DISMISSAL OF PLAINTIFFS JAMES LUEBBE AND MELISSA LUEBBE ONLY**

Pursuant to the parties' stipulation,

IT IS HEREBY ORDERED that that Plaintiffs James Luebbe and Melissa Luebbe only are dismissed from this case, with prejudice and without costs to any party.

**IT IS SO ORDERED.**

This is not a final order and does not close this case.

Dated: August 4, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge